McFadden, Presiding Judge.
In Goldstein, Garber & Salama, LLC v. J.B., 335 Ga. App. 416, 779 S.E.2d 484 (2015), we affirmed the trial court's denial of the appellant/defendant's motion for a directed verdict following a jury verdict in favor of the appellee/plaintiff. In Goldstein, Garber & Salama, LLC v. J.B., 300 Ga. 840, 797 S.E.2d 87 (2017), the Supreme Court of Georgia reversed our decision. Therefore, we vacate our earlier opinion, we adopt in its place the Supreme Court's opinion in *914 Goldstein, Garber & Salama, LLC v. J.B., 300 Ga. 840, 797 S.E.2d 87, and we reverse the judgment below.
Judgment reversed.
Dillard, C. J., Barnes, P. J., Ellington, P. J., Ray, McMillian and Reese, JJ., concur.